UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHAYLA JEFFERSON-JAMES | CIVIL ACTION NO.  6:23-CV-01120 LEAD |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TRANSWORLD SYSTEMS | MAGISTRATE JUDGE DAVID J. AYO |

### JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and noting the lack of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Transworld Systems's Motion to Dismiss (Record Document 7) is **GRANTED** and that all claims asserted by Plaintiff Shayla Jefferson-James are **DISMISSED WITH PREJUDICE**. The undersigned further recommends that Defendant Transworld Systems's Motion to Dismiss (Record Document 8 in 23-cv-01219) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 28th day of October, 2024.

_____
S. MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT